1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: service@moorelawfirm.com

5  Attorney for Plaintiff,
   Gerardo Hernandez
6

7

8              **UNITED STATES DISTRICT COURT**

9             **NORTHERN DISTRICT OF CALIFORNIA**

10

11  GERARDO HERNANDEZ,                          )  No.   3:21-cv-06465-SK
                                                )
12              Plaintiff,                       )  **NOTICE OF CONTINGENT**
                                                )  **SETTLEMENT OF ACTION**
13         vs.                                   )
                                                )
14  LUBE BOYS 10 MINUTE OIL CHANGE              )
    INC; NARGIS NOURI dba LUBE BOYS 10          )
15  MINUTE OIL CHANGE; RUSSELL NOURI            )
    dba LUBE BOYS 10 MINUTE OIL                 )
16  CHANGE; ARZO MEHDAVI;                        )
                                                )
17                                               )
                                                )
18              Defendants.                      )
                                                )
19                                               )
                                                )
20  _____   )

21

22

23

24

25

26

27

28

1    Plaintiff, Gerardo Hernandez ("Plaintiff"), hereby advises the Court that Plaintiff and

2  Defendants, Lube Boys 10 Minute Oil Change Inc; Nargis Nouri dba Lube Boys 10 Minute Oil

3  Change; Russell Nouri dba Lube Boys 10 Minute Oil Change; and Arzo Mehdavi

4  ("Defendants") have reached a full settlement in this action, contingent upon the receipt of

5  signatures on the agreed-upon settlement agreement by Defendants and the fulfillment by

6  Defendants of certain predicate acts required by the terms of settlement.

7    Plaintiff therefore requests that he be given to and including December 5, 2022 to file

8  dispositional documents to dismiss Defendants from this action with prejudice in order to

9  afford the Parties time to complete the settlement.

10

11                                        Respectfully submitted,

12  Dated: October 21, 2022                 MOORE LAW FIRM, P.C.

13

14                                        /s/ Tanya E. Moore
                                          Tanya E. Moore
15                                        Attorney for Plaintiff,
                                          Gerardo Hernandez
16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CONTINGENT SETTLEMENT OF ACTION