UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ , <br><br>Plaintiff(s) <br><br>v. <br><br>LUBE BOYS 10 MINUTE OIL CHANGE INC, et al. , <br><br>Defendant(s) | Case No. C 3:21-cv-06465-SK <br><br>NOTICE OF SETTLEMENT OF ADA ACCESS CASE <br><br>(ADA ACCESS CASES) |

The parties have reached an agreement to resolve this action in its entirety and intend to file a dismissal within __38__ days.

Date:  October 27, 2022

Signed:  */s/ Tanya E. Moore*
                       Attorney for Plaintiff(s)

Signed:  */s/ Christopher J. Olson*
                       Attorney for Defendant(s)

Signed: _____
                       Attorney for Defendant(s)

---

*Important!* E-file this form in ECF using event name: "Notice of Settlement of ADA Access Case"

*Form GO 56- Notice of Settlement of ADA Access Case – new 01-2020*