Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California  95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Gerardo Hernandez

CHRISTOPHER J. OLSON, ESQ. (192689)
**SWEENEY MASON LLP**
983 University Avenue, Suite 104C
Los Gatos, CA 95032-7637
Telephone: (408) 356-3000
Facsimile: (408) 354-8839
colson@smwb.com

Attorneys for Defendants
LUBE BOYS 10 MINUTE OIL CHANGE, INC.,
NARGIS NOURI dba LUBE BOYS 10 MINUTE
OIL CHANGE, RUSSEL NOURI dba LUBE BOYS
10 MIN OIL CHANGE and ARZO MEHDAVI

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ, | No.  3:21-cv-06465-SK |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| vs. | |
| LUBE BOYS 10 MINUTE OIL CHANGE INC; NARGIS NOURI dba LUBE BOYS 10 MINUTE OIL CHANGE; RUSSELL NOURI dba LUBE BOYS 10 MINUTE OIL CHANGE; ARZO MEHDAVI; | |
| Defendants. | |

1      **IT IS HEREBY STIPULATED** by and between Plaintiff Gerardo Hernandez and

2  Defendants, Lube Boys 10 Minute Oil Change Inc; Nargis Nouri dba Lube Boys 10 Minute Oil

3  Change; Russell Nouri dba Lube Boys 10 Minute Oil Change; and Arzo Mehdavi, the parties

4  to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-

5  captioned action is dismissed with prejudice in its entirety. Each party is to bear its own

6  attorneys' fees and costs.

7

8  Dated: November 30, 2022          MOORE LAW FIRM, P.C.

9

10                       */s/ Tanya E. Moore*
                      Tanya E. Moore

11                       Attorney for Plaintiff,
                      Gerardo Hernandez

12

13 Dated: November 30, 2022          **SWEENEY MASON LLP**

14

15                      /s/ Christopher J. Olson

16                       Christopher J. Olson, Esq.
                      Attorneys for Defendants

17                       Lube Boys 10 Minute Oil Change Inc;
                      Nargis Nouri dba Lube Boys 10 Minute

18                       Oil Change; Russell Nouri dba Lube Boys
                      10 Minute Oil Change; and Arzo Mehdavi

19

20

21

22

23

24

25

26

27

28

1

### ATTESTATION

2

Concurrence in the filing of this document has been obtained from each of the

3

individual(s) whose electronic signature is attributed above.

4

5

*/s/ Tanya E. Moore*_____

6

Tanya E. Moore
Attorney for Plaintiff,

7

Gerardo Hernandez

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL OF ENTIRE ACTION