United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ, | Case No. 21-cv-06465-SK |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION FOR DISMISSAL** |
| LUBE BOYS 10 MIN OIL CHANGE INC, et al., | Regarding Docket No. 57 |
| Defendants. | |

Pursuant to stipulation of the parties, this action is DISMISSED with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: December 2, 2022

_____
SALLIE KIM
United States Magistrate Judge